IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-00129-M-KS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JOHN ALDO RIZO, SR.,<br><br>  Defendant. | ORDER |

This matter comes before the court on Defendant's pro se motion [DE 63]. He requests funds pursuant to 18 U.S.C. § 3006A(e) to hire a private investigator. *Id.* at 1. This court does not consider pro se motions filed by a represented party. *See United States v. Hammond*, 821 F. App'x 203, 207 (4th Cir. 2020) (citing *McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984) and *United States v. Carranza*, 645 F. App'x 297, 300 (4th Cir. 2016)). Defendant is currently represented by Ms. Meaghan Riegal, so the motion is DENIED WITHOUT PREJUDICE.

SO ORDERED this 25th day of July, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE